

PROB 12B
(7/93)

Report Date: February 15, 2006

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 16 2006

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Kellie Rae Burks                Case Number: 2:03CR00242-001

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley

Date of Original Sentence: 05/06/2004             Type of Supervision: Supervised Release

Original Offense: Passing Falsely Made and        Date Supervision Commenced: 06/28/2004
Counterfeited Obligation of the United States, 18
U.S.C. § 472 and 2

Original Sentence: Prison - 120 days; TSR - 36    Date Supervision Expires: 06/27/2007
months

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

25   You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as
     directed by the supervising probation officer, but no more than six tests per month, in order to confirm
     continued abstinence from these substances.

### CAUSE

The offender has successfully completed her inpatient program at the Isabella House in Spokane, Washington. She has been working with local housing authority to secure clean and sober housing. The offender has now secured an apartment located at 1107 S. Madison, apartment number 203, in Spokane. Ms. Burks has both of her children residing with her at this time. She will continue her drug aftercare with New Horizons in Spokane.

On February 2, 2006, the offender signed a modification to agreeing to submit to up to six urinalysis tests per month. She understands the logic behind this modification and agreed to waive a hearing in this matter.

                                                  Respectfully submitted,

                                            by    *[signature]*
                                                  Brenda J. Kuest
                                                  U.S. Probation Officer
                                                  Date: February 15, 2006

Prob 12B
**Re: Burks, Kellie Rae
February 15, 2006
Page 2**

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

2/15/2006
Date